# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JEFFREY STARKE,**

    Plaintiff,

-vs-                                      Case No. 15-C-886

**STATE OF WISCONSIN, RACINE COUNTY,
And JUDGE ALLEN TORHORST, Individually
and in his capacity as Judge of Racine County,**

    Defendants.

## DECISION AND ORDER

In this action, the *pro se* plaintiff, Jeffrey Starke, requests an order commanding Judge Allen Torhorst to rescind an order that he issued revoking a durable power of attorney. Such an order would be barred by the *Rooker-Feldman* doctrine, which "precludes federal courts from engaging in appellate review of state court decisions or from considering collateral attacks on state court judgments, …" *Long v. Shorebank Dev't Corp.*, 182 F.3d 548, 553 (7th Cir. 1999); *see also Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 544 U.S. 280, 284 (2005) (federal courts lack jurisdiction over "cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of

those judgments").

Starke also requests leave to proceed *in forma pauperis*. He avers that the cost of filing would not enable him to pay his bills and meet financial obligations. Starke's financial obligations are extensive: $4,374/month, including $175/month for cable/satellite television. Starke claims to have $1,000 available in a checking account, which is more than enough to cover the filing fee for this lawsuit. He can make up the amount going forward by canceling his cable/satellite subscription.

Starke's motion for leave to proceed *in forma pauperis* is **DENIED**. This matter is **DISMISSED** for lack of jurisdiction. The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 30th day of July, 2015.

                                          **SO ORDERED:**

                                          */s/ Rudolph T. Randa*
                                          **HON. RUDOLPH T. RANDA**
                                          **U.S. District Judge**